**ALVERSON TAYLOR & SANDERS**
KURT BONDS
Nevada Bar No. 6228
TREVOR WAITE
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JUDITH L. HUTCHINSON,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC AND WELLS FARGO HOME MORTGAGE,<br><br>Defendant. | Case No. 2:18-cv-02119-GMN-CWH |

**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**

Plaintiff Judith L. Hutchinson ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On November 5, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 27, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

1    KB/25940

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including December 18, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint

Dated this 20th day of November, 2018

                **ALVERSON TAYLOR & SANDERS**

/s/Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, Esq.
Nevada Bar #13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
(702) 384-7000
*Facsimile: (702) 385-700*
*kbonds@alversontaylor.com*
*twaite@alversontaylor.com*
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC**

/s/David H. Krieger
David H. Krieger, Nevada Bar No. 9086
Shawn W. Miller, Nevada Bar No. 7825
8985 S. Eastern Ave, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
Email: smiller@hainesandkrieger.com

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated November 21, 2018

                **UNITED STATES MAGISTRATE JUDGE**

N:\kurt.grp\CLIENTS\25900\25940\pleadings\hutchinson Judith-Joint Stipulation for Extension of Time to Respond to P's.doc