Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       tlewis@swlaw.com
*Attorneys for Defendant
Wells Fargo Bank, N.A.
(incorrectly sued as
Wells Fargo Home Mortgage)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH L. HUTCHINSON,<br><br>        Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC; WELLS FARGO HOME MORTGAGE,<br><br>        Defendants. | Case No. 2:18-CV-02119-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Judith L. Hutchinson ("Plaintiff"), through her attorney, Haines & Krieger, LLC, and Defendant Wells Fargo Bank, N.A. (incorrectly sued as Wells Fargo Home Mortgage)("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Wells Fargo's response to Plaintiff's Complaint is currently due December 5, 2018. In the interest of conserving client and judicial resources, Wells Fargo requests, and Plaintiff agrees, that Wells Fargo may have an extension until **December 21, 2018**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint,

and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

DATED this 26th day of November 2018.

| HAINES & KRIEGER, LLC | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Shawn Miller*<br>David H. Krieger, Esq. (NV Bar No. 9086)<br>Shawn W. Miller, Esq. (NV Bar No. 7825)<br>8985 S. Eastern Ave., Ste. 350<br>Henderson, NV 89123<br>Telephone: (702) 880-5554<br>Facsimile: (702) 967-6658<br><br>*(signed with permission)*<br><br>*Attorneys for Plaintiff Judith L. Hutchinson* | By: */s/ Tanya N. Lewis*<br>Kelly H. Dove (NV Bar No. 10569)<br>Tanya N. Lewis (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.*<br>*(incorrectly sued as*<br>*Wells Fargo Home Mortgage)* |

**ORDER**

**IT IS HEREBY ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before December 21, 2018.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED November  27  , 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as*
*Wells Fargo Home Mortgage)*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

David H. Krieger, Esq.
Shawn W. Miller, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Ste. 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorneys for Plaintiff Judith L Hutchinson*

Kurt R. Bonds, Esq.
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149

*Attorney for Defendant TransUnion, LLC*

DATED: November 26, 2018

/s/ Susan Ballif
An Employee of SNELL & WILMER L.L.P.

4850-2290-5729